UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLEN M. HILTON, | ) | No. EDCV 11-778 JFW (FFM) |
| Plaintiff, | ) ) ) | ORDER TO SHOW CAUSE RE |
| v. | ) ) | FAILURE TO PROSECUTE |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

On May 17, 2011, plaintiff (through counsel) filed a Complaint seeking review pursuant to 42 U.S.C. § 405(g) of the Commissioner of Social Security's denial of his application for disability benefits, after being granted leave to file *in forma pauperis*.

Under the terms of the Court's May 23, 2011, Case Management Order, plaintiff's counsel was required to prepare and deliver to the Special Assistant United States Attorney representing the Commissioner a written and detailed proposal of settlement within 21 days of the date of service by the Commissioner of a certified copy of the administrative record. On January 18, 2012, the Commissioner filed a document captioned "Status Report, Request for Instructions, and Declaration of Dennis J. Hanna." The Commissioner's counsel advised therein that the copy of the administrative record served by mail on plaintiff's counsel on December 29, 2011, had been returned by the U.S. Postal Service with a note that counsel was no longer at that address. The attached declaration demonstrated efforts that the Special Assistant

United States Attorney had made, without success, to contact plaintiff's counsel, including by telephone, fax, and email at the numbers and address of record provided by plaintiff's counsel. Because plaintiff's counsel never received the administrative record and has not provided accurate contact information to the Court or the Commissioner, plaintiff's counsel cannot comply with this Court's order and the case is at a stalemate.

Given the foregoing, plaintiff's counsel is ordered to show cause within 14 days of the date of this order, if any he has, why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: January 19, 2012

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge